In the United States District Court
for the Southern District of Georgia
Brunswick Division

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.
2007 MAR 14, A 11: 56
CLERK D. Taylor
SO. DIST. OF GA

| | | |
|---|---|---|
| ROBERT S. WORTHY, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| STATE OF GEORGIA, WAYNE COUNTY BOARD OF COMMISSIONERS, and JASPER WILLIAM HARVEY, | : : : | |
| Defendants. | : | NO. CV207-009 |

O R D E R

The case is before the Court on the State's unopposed motion to dismiss.[1] Because the State is not a "person" within the meaning of § 1983, and because the State is immune from suit under the Eleventh Amendment, Worthy's claim against the State of Georgia is legally deficient. <u>Will v. Mich. Dep't of State Police</u>, 491 U.S. 58, 65 (1989).

---

[1] Under Local Rule 7.5, failure to respond to a motion indicates no opposition thereto.

AO 72A
(Rev. 8/82)

Accordingly, the State's motion is **GRANTED** as unopposed. Dkt. No. 10.

**SO ORDERED**, this ___14___ day of March, 2007.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)