AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

ROBERT S. WORTHY

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV207-009

STATE OF GEORGIA,
WAYNE COUNTY BOARD OF
COMMISSIONERS, and JASPER
WILLIAM HARVEY

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered March 14, 2007, under Local Rule 7.5, failure to respond to a motion indicates no opposition thereto. Accordingly, the State's motion is GRANTED as unopposed, and the case is DISMISSED.

| 3/14/2007 | Scott L. Poff |
|---|---|
| Date | Clerk |
| | (By) Deputy Clerk |

GAS Rev 10/1/03