In the United States District Court
for the Southern District of Georgia
Brunswick Division

U.S. DISTRICT COURT
Southern District of Georgia
Filed in Open Court
2:25 P.M.
3-23-2007
Deputy Clerk

| | | |
|---|---|---|
| ROBERT S. WORTHY, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| STATE OF GEORGIA, WAYNE COUNTY BOARD OF COMMISSIONERS, and JASPER WILLIAM HARVEY, | : | |
| Defendants. | : | NO. CV207-009 |

### ORDER

On March 14, 2007, the Court granted the State's unopposed motion to dismiss. Worthy's claims against the Wayne County Board of Commissioners and Jasper William Harvey remain outstanding. However, due to the Clerk's error, judgment was entered and the case was closed.

Accordingly, the Court hereby sets the judgment aside and reopens the case.

SO ORDERED, this  23  day of March, 2007.

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)